[No. 15793. *En Banc.* January 25, 1921.]

THE CITY OF SPOKANE, *Appellant,* v. JOHN GRADY, *Respondent.*[1]

Appeal from a judgment of the superior court for Spokane county, Blake, J., entered June 12, 1919, dismissing a prosecution for criminal syndicalism upon sustaining a demurrer to the complaint. Reversed.

*J. M. Geraghty* and *Arthur L. Hooper,* for appellant.
*George F. Vanderveer* and *Ralph S. Pierce,* for respondent.

MAIN, J.—The defendant in this case was charged under an ordinance of the city of Spokane with criminal syndicalism. The superior court sustained a demurrer to the complaint upon the ground that it charged more than one crime, and the city has appealed.

The question of duplicity which is presented upon this appeal is substantially the same as that which was discussed in the recent case of *State v. Hennessy, ante* p. 351, 195 Pac. 211, and upon the authority of what was there said we think the complaint was not duplicitous and that the ruling of the trial court thereon was error.

The judgment will be reversed and the cause remanded with directions to the superior court to overrule the demurrer.

ALL CONCUR.

---

[No. 16198. Department Two. February 3, 1921.]

THE STATE OF WASHINGTON, *on the Relation of John Annette, Plaintiff,* v. J. V. MORRIS, *as Registration Officer, etc., Appellant.*[2]

Appeal from a judgment of the superior court for Thurston county, Wright, J., entered July 19, 1920, directing the issuance of a writ of mandamus to compel defendant to register relator as a voter, after a hearing to the court. Reversed.

*The Attorney General, T. L. O'Leary,* and *H. Harmeling,* for appellant.

*Troy & Sturdevant,* for relator.

PER CURIAM.—The question presented in this case is identical with that decided by our recent decision in *State ex rel. Carroll v. Superior Court,* 113 Wash. 54, 193 Pac. 226; and, upon the authority of that decision, the judgment of the trial court, rendered in this case, is reversed.

[1]Reported in 195 Pac. 1043.

[2]Reported in 194 Pac. 898.